UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. 2:22-CV-1697-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 3, 2023 |

　　The District Court referred this action to United States Magistrate Judge David W. Christel. On November 29, 2022, Petitioner Teklemariam Daniel Hagos, proceeding *pro se* and *in forma pauperis*, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. *See* Dkt. 1.

　　After screening the Petition pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court concluded the Petition did not comply with the Rules Governing Section 2254 Cases. Dkt. 6. Specifically, the Court found the Petition was incomplete because it did not name the state office who has custody over Petitioner and did not specify all grounds for relief available to Petitioner. *Id*. The Court also found Petitioner failed to use the Court's form and sought relief which cannot be sought under § 2254. *Id*. The Court ordered Petitioner to file an amended

REPORT AND RECOMMENDATION - 1

1 petition correcting the identified deficiencies on or before January 23, 2023. *Id*. The Court
2 warned Petitioner that if he failed to adequately respond to the Court's Order, the Court would
3 recommend dismissal of this action. *Id*. at 2. Petitioner has not filed any documents with the
4 Court since initiating this case.

5   Petitioner has failed to comply with the Court's Order. He has not adequately responded
6 to the Court's Order and has not filed an amended petition to correct the deficiencies contained
7 within the Petition. As Petitioner has failed to respond to the Court's Order and prosecute this
8 case and as Petitioner has not provided a servable petition, the Court recommends this case be
9 dismissed without prejudice. Based on the foregoing, the Court also recommends a certificate of
10 appealability be denied.

11   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
12 fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
13 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
14 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
15 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
16 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
17 imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on
18 March 3, 2023, as noted in the caption.

19   Dated this 13th day of February, 2023.

*[signature]*

David W. Christel
United States Magistrate Judge